UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23CR80205-RLR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MALIK ATKINSON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION OF DOWNWARD VARIANCE**

The United States hereby files this response to the Defendant's motion for downward variance (DE 29) and states as follows:

1. The government opposes any downward variance from the guidelines, as they wholly and appropriately create a sentencing range that is appropriate for the defendant's crimes.

2. To that end, the applicable sentencing guidelines, section 2G2.1, have not been amended by congress or the United States Sentencing Commission despite opportunity to do so.

3. The victims' families will speak to the Court and provide context to the defendant's crimes and the defendant at sentencing.

4. Despite Dr. Rapa's analysis and the defendant's youth, the minimum sentence of 10 years is wholly insensitive to the crimes purported in this case: the defendant sexually assaulted two girls, produced child pornography of them, and solicited countless others.

5.  The government will present other arguments *or tenus*.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  *s/Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
Florida Bar No. 0648477
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1045
Email: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on May 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                 s/*Gregory Schiller*
                 Gregory Schiller
                 Assistant United States Attorney